IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHEL CHALHOUB,<br>   Plaintiff | No. 3:23cv592 |
| | (Judge Munley) |
| v. | |
| COMMONWEALTH OF PENNSYLVANIA; COLONEL ROBERT EVANCHICK, Commissioner of the Pennsylvania State Police; PENNSYLVANIA STATE POLICE TROOPER LUKASZ OLSZAR; COUNTY OF PIKE; and CRAIG A. LOWE, Warden Pike County Correctional Facility,<br>   Defendants | |

......................................................................................................

## ORDER

**AND NOW**, this 20 day of December 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendants Pike County and Warden Craig Lowe's motion to dismiss (Doc. 41) is **GRANTED**;

2) Defendants Commonwealth of Pennsylvania and Colonel Robert Evanchick's motion to dismiss (Doc. 42) is **GRANTED**;

3) Plaintiff's amended complaints (Docs. 39–40) are **DISMISSED** with prejudice without further leave to amend; and

4) The Clerk of Court is directed to close this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court